UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| WILTON ALEJANDRO PICADO RIVERA, | ) | No. 5:26-cv-03411-JDE |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| FERETI SEMAIA, et al., | ) | |
| Respondents. | ) | |

In accordance with the Order Regarding Petition,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is: (1) granted in part, with Respondents ORDERED to immediately release Petitioner Wilton Alejandro Picado Rivera from custody, subject to the conditions of his preexisting parole; and (2) denied without prejudice in all other respects as moot, lacking in support, and/or seeking speculative relief.

Dated: June 29, 2026

_____
JOHN D. EARLY
United States Magistrate Judge